UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 17-51468

GERTRINA MONTOYA LUSK,  Chapter 7

        Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DENYING MOTION BY ACAR LEASING, LTD. TO COMPEL DEBTOR TO TURN OVER VEHICLE, ETC. (DOCKET # 18)**

      This case is before the Court on a motion filed on October 30, 2017 by ACAR Leasing, LTD ("Lessor/Creditor"), entitled "Lessor/Creditor ACAR Leasing, Ltd., d/b/a GM Financial's Motion to Compel Debtor to Turn Over Vehicle, to Delay Entry of Discharge or for Dismissal" (Docket # 18, the "Motion"). The Motion seeks entry of

> an order compelling Debtor Gertrina Lusk to turn over possession of the 2016 Buick Lacrosse to Lessor/Creditor or, if Debtor does not immediately turn over possession of the vehicle, for dismissal of this Chapter 7 bankruptcy case with a 90-day bar to refiling, and for entry of an order delaying entry a discharge in this Chapter 7 bankruptcy case no sooner than December 20, 2017 so that Lessor/Creditor has an opportunity to act upon the order that will be entered on this Motion, and for such other and further relief as may be appropriate under the circumstances.

(Motion at 2).

      Previously, on October 18, 2017, the Court entered an order entitled "Order Granting Relief from Stay" (Docket # 16, the Stay-Relief Order"). The Stay-Relief Order was effective immediately notwithstanding . . . Fed. R. Bankr. P. 4001(a)(3)," and granted relief from the stay to Lessor/Creditor "to pursue relief that may be available to it pursuant to applicable law and the terms and provisions of the auto lease agreement for Debtor's lease of one 2016 Buick Lacrosse, vehicle identification number 1G4G45G35GF167876, including repossession and sale of the vehicle."

      Now that it has obtained such stay relief, the Lessor/Creditor can and should seek to obtain the type of relief it seeks in the present Motion in an appropriate state court, not in this Court in this Chapter 7 bankruptcy case. In this context, the Bankruptcy Court's authority over the matter is properly limited to granting stay relief, which the Court has done. Lessor/Creditor's Motion cites no authority holding otherwise.

Accordingly,

IT IS ORDERED that the Motion (Docket # 18) is denied.  This Order is without prejudice to any rights the Creditor may have under applicable non-bankruptcy law with respect to the vehicle at issue, including any right to obtain relief to help the Lessor/Creditor recover possession of the vehicle from any non-bankruptcy court.

**Signed on October 30, 2017**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**

2